■ PHYLLIS TIRADO, Individually and as Parent and Natural Guardian of BILLY TIRADO, an Infant, Respondent, v DANIEL STEINBERG, Appellant, et al., Defendants. [953 NYS2d 180]—Appeal from an order of the Supreme Court, Oswego County (Norman W. Seiter, Jr., J.), entered January 25, 2012 in a personal injury action. The order denied the motion of defendant Daniel Steinberg for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Centra, Lindley and Martoche, JJ.